UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. _____ |
| v. | ) |
| JOHN DOE subscriber assigned IP Address 100.11.97.221, | ) |
| Defendant. | ) |

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

Respectfully submitted,

FIORE & BARBER, LLC

By: _____
Christopher P. Fiore, Esquire
418 Main Street, Suite 100
Harleysville, PA 19438
Tel: (215) 256-0205
Fax: (215) 256-9205
Email: cfiore@fiorebarber.com
PA Attorney ID: 83018
**ATTORNEYS FOR PLAINTIFF**

1